```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 09104
     THOMAS J BANNON
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

          Debtor
     SSN XXX-XX-1182
```

---
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 07/30/06 and confirmed on 10/19/06.

   2.  The case was converted to Chapter 7 after confirmation, 06/19/2008.

   3.  The Debtor paid a total of $    4124.03 .

   4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HARRIS BANK CONSUMER LOA | SECURED | .00 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 7028.14 | .00 | 209.20 |
| CAPITAL ONE BANK | UNSECURED | 2813.86 | .00 | 83.73 |
| CHASE BANK | UNSECURED | 1715.14 | .00 | 51.06 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 20439.96 | .00 | 608.43 |
| DISCOVER BANK | UNSECURED | 4600.00 | .00 | 136.92 |

          Summary of disbursements:
---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | 36597.10 | .00 | 36597.10 |
| PRINCIPAL PAID | .00 | .00 | 1089.34 | .00 | 1089.34 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | 1089.34 | .00 | 1089.34 |

The Debtor's attorney, JOHN C DENT                   , was allowed $   3000.00
and was paid $    329.50  direct and $   2670.50  through the plan.

The Trustee received $    176.76 .

Refunds to the Debtor totaled $     187.43 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


     Dated: 09/11/08                   /S/
                                       GLENN STEARNS
                                       CHAPTER 13 TRUSTEE

```
                              PAGE   2
     CASE NO. 06 B 09104 THOMAS J BANNON
```